2 Lawson Avenue, Suite 6
                    East Rockaway, New York 11518
                    ES@Suffinlaw.com
                    Telephone:     (516) 218-2020

**THE LAW FIRM OF ERIC SUFFIN**

April 29, 2014

**VIA ECF**

Hon. Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:    <u>Vivian Naguib v. Public Health Solutions</u>; 12 CV 2561 (ENV) (LB)**

Dear Judge Bloom:

I represent Plaintiff, Vivian Naguib, in the above referenced action. I write to respectfully request to be withdrawn from the above-referenced action. The reasons I request to be withdrawn are as follows:

1. Contrary to advice of counsel Plaintiff has refused to give counsel information responsive to interrogatories;

2. Contrary to advice of counsel Plaintiff has not indicated whether Plaintiff sought an order of protection in court pertaining to the police reports wherein it was alleged that Plaintiff was harassed and Plaintiff's life was threatened; and

3. Contrary to advice of counsel Plaintiff has refused to appear at the deposition scheduled for May 1, 2014 regardless of whether or not metal detectors are used.

Presently the case is in discovery and a deposition is scheduled for May 1, 2014. I am asserting a retaining and charging lien based on the retainer agreement between Plaintiff and my firm and my work on the matter.

                                                        Respectfully,

                                                        s/

Eric A. Suffin

cc: Joseph E. Field, Esq.
Littler Mendelson, P.C.
Attorneys for Defendant

Vivian Naguib
63 Saybrook Street
Staten Island, NY 10314
Plaintiff